Exhibit C

**Email from Tim Wilson April 22**

**From:** Tim Wilson
**Date:** Monday, April 22, 2024 at 3:38 PM
**To:** Tenhundfeld, Christina
**Cc:** Sarah Lindner, Brown, Amanda, Kylie Graham, Chad Germain
**Subject:** Re: ProductWind & Scripps: Next Steps

**External sender**
This message came from outside of our company. If you were not expecting this message, please use caution before clicking any links or opening any attachments.
[cxvtk04.na1.hs-sales-engage.com]

Report Suspicious [cxvtk04.na1.hs-sales-engage.com]

Hello Christina and Team -

I hope you had a great weekend. Thank you for sharing your thoughts below and I want to reply/ share responses ahead of time in hopes of helping make our next call as productive as possible.

When we kicked things off there was a clear goal to drive 210 reviews. There was a request to add some amount of social content and so we included 10 posts in the agreement and reviewed all of this as part of the onboarding and launch. The Brief is attached- it is what was aligned on and approved up front. And there have not been any outbound communications to share - as none of the creators have reached out to us, so there has not been any outbound communication.

For social - we agreed to deliver 10 social posts, and we provided 6 IG + 4 TT. Regrettably, we erred in the FTC disclosures but have provided the assets for you should you choose to add in the #Ad on the video, or we can do that for you. Re: the data - we have shared what information we captured and have. It is worth noting that overall, there are 16 short-form videos for Tablo to work with and use however you choose.

I get you are frustrated with how things have played out. And I'm sorry for that - I am. The listing received a ton of 1- star reviews, making our 200+ reviews not as impactful as we all expected. And our communication and delivery on the social was not nearly good enough. We spoke about all of this in late February, and coming out of that call we met internally here at PW. I felt (still feel) terrible about how all of this is playing out.

In an effort to make up for how things have been going, to try to do right by you, and to be a good partner we extended a significant olive branch in the form of an additional 115 reviews, bringing the total to 325 reviews for the listing. You are totally right about that. More recently our review rate has slowed significantly. We initiated efforts last week to accelerate the review rate and get you to that 325 number. As of today, we are at 279 - and a 4.8 rating.

Question: The listing used to have 2k reviews, and today appears to have 1186 - what changed? You may be interested to know that with the reviews the way they are today, without PW this listing would be 3.1 and only 3 stars.

Happy to discuss in more detail on our call.

-Tim